UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTILIA BAUTISTA BANUELOS,<br>Plaintiff,<br>v.<br>SUTTON NATIONAL INSURANCE COMPANY,<br>Defendant. | No. 2:26-cv-00467-DC-SCR<br><br><u>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES</u><br><br>(Doc. No. 11) |

On September 28, 2026, the parties filed a stipulation in which they agree to remand this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 11.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 5, 2026**

Dena Coggins
United States District Judge